**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Alexy Dejesus
731 N Kiowa street
Allentown PA 18109

*(In the space above enter the full name(s) of the plaintiff(s).)*

Vicky

- against -

Arbor village & Old Forge
apartments
852 W Montegomery street
Allentown PA 18103

**COMPLAINT**

Jury Trial:  ☐ Yes  ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**I.    Parties in this complaint:**

A.    List your name, address and telephone number.  If you are presently in custody, include your identification number and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff

| | |
|---|---|
| Name | Alexy Dejesus |
| Street Address | 731 N. Kiowa street |
| County, City | Allentown |
| State & Zip Code | Pennslyvania 18109 |
| Telephone Number | 201-710-0113 |

*Rev. 10/2009*

B.       List all defendants.  You should state the full name of the defendants, even if that defendant is a government
         agency, an organization, a corporation, or an individual.  Include the address where each defendant can be
         served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.
         Attach additional sheets of paper as necessary.

Defendant No. 1          Name  "Vicky" Arbor village & old Forge *cupeartment*

                         Street Address  652 W. Montgomery, street

                         County, City  Allentown PA 18103

                         State & Zip Code _____

Defendant No. 2          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

Defendant No. 3          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

Defendant No. 4          Name _____

                         Street Address _____

                         County, City _____

                         State & Zip Code _____

II.      **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases
involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a
case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C.  §
1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than
$75,000 is a diversity of citizenship case.

A.       What is the basis for federal court jurisdiction? *(check all that apply)*
         Q  Federal Questions              Q  Diversity of Citizenship

B.       If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at
         issue? "14 amendment" "the Fair act"
         "Lawful Source income" it violation of
         my Civel rights, discriminatory practice"

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _Alexy Deresus_

Defendant(s) state(s) of citizenship _Arbour Village & old Forge apartments_

### III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   Where did the events giving rise to your claim(s) occur? _Vicky Montgomery 652 W. Montgomery street, Allentown PA 18103 Rental office_

B.   What date and approximate time did the events giving rise to your claim(s) occur? _March 1 2021 1:03 in the afternoon at the rental office_

What happened to you?

C.   See the attachment please

Who did what?

Was anyone else involved?

Who else saw what happened?

_no'll no_

## Statements

C.    Facts;  I have a section 8 voucher and so I could utilize it to look for an apartment. I
went to an arbor village and old forge apartments, and I spoke to one of the staff by the name of
Vicky, who works at the rent office. I asked her if she had a one bedroom apartment, and she
responded with " there will be two available in another two weeks", So I said to her do you
accept section 8. She responded with " No we do not accept section 8".

Vicky from arbor village and old forge apartments, discriminate against me just because I
hold a Section 8 Voucher.

Afterall there was no one involved at the time, when Vicky told me " we don't accept
Section 8 Vouchers"

At the end no one saw what happened.

Respectfully submitted

Aley De jesus

**IV.** **Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. ` "homeless" stress humiliation depression`

**V.** **Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. `Respect to United states District Court. I am asking for a onebedroom apartment for compensation and monetery damages for to due to discrimnatory practice from "Arbor village & old Forge apartments"`

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13 day of March 2021 , 20 21.

Signature of Plaintiff _____

Mailing Address 731-N Y Kiowa street Allentown PA 18103

Telephone Number 201-710-0113

Fax Number *(if you have one)* _____

E-mail Address alex46dejesus@gmail.com

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this 13 day of March , 20 21, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____

Inmate Number _____

FRANCISCO A. MARTINEZ
Commission # 50137328
Notary Public, State of New Jersey
My Commission Expires
09/18/25

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: Alexx Deresus

Address of Defendant: Arbor Village + old forge

Place of Accident, Incident or Transaction: 652 W Mowtsomery street
Allewtown PA 18603

---

**RELATED CASE, IF ANY:**

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☐ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: March 13 2021 _____ Must sign here
Attorney-at-Law / Pro Se Plaintiff _____ Attorney I.D. # (if applicable)

---

**CIVIL: (Place a √ in one category only)**

**A.** *Federal Question Cases:*

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☑ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
(Please specify): _____

**B.** *Diversity Jurisdiction Cases:*

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury (Please specify): _____
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
(Please specify): _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, Alexx Deresus , counsel of record *or* pro se plaintiff, do hereby certify:

☑ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: March 13 2021 _____ Sign here if applicable
Attorney-at-Law / Pro Se Plaintiff _____ Attorney I.D. # (if applicable)

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

Alex De Jesus
731-N. Kiowa Street
Allentown PA 18109

To U.S. District Court
601 Market Street
Philadelphia PA, 19106

U.S.M.S.
X-RAY

7019 1120 0001 5000 7772



CPU

U.S. POSTAGE
R2304N117934
FCM7 $7.85
Orig 18103 0000
03/16/21
2000062426
02    6W