IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALEXY DEJESUS,                          :
                                        :
                    Plaintiff,          :        CIVIL ACTION NO. 21-1403
                                        :
        v.                              :
                                        :
VICKY; ARBOR VILLAGE & OLD              :
FORGE APARTMENTS,                       :
                                        :
                    Defendants.         :

## ORDER

**AND NOW**, this 20th day of April, 2021, after considering the application for leave to proceed *in forma pauperis* (Doc. No. 5) and the amended complaint (Doc. No. 6) filed by the *pro se* plaintiff, Alexy Dejesus; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The application for leave to proceed *in forma pauperis* (Doc. No. 5) is **GRANTED** and the plaintiff has leave to proceed *in forma pauperis*;

2.      The amended complaint (Doc. No. 6) is **DEEMED** filed;

3.      The amended complaint is **DISMISSED WITH PREJUDICE**; and

4.      The clerk of court shall **MARK** this case as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.